**Abatement Order filed November 20, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00888-CR
_____

**THE STATE OF TEXAS, Appellant**

**V.**

**GABRIEL SERNA GARCIA, Appellee**

---

**On Appeal from the 400th District Court
Fort Bend County, Texas
Trial Court Cause No. 17-DCR-079362**

---

### ABATEMENT ORDER

The State challenges the trial court's order granting appellee's motion to suppress. Although the State requested findings of fact and conclusions of law, none have been filed. When the losing party on a motion to suppress requests findings of fact and conclusions of law, the trial court is required to make them. *State v. Cullen,* 195 S.W.3d 696, 698–99 (Tex. Crim. App. 2006).

Accordingly, the trial court is directed to reduce to writing its findings of fact and conclusions of law on the granting of appellee's motion to suppress and have a supplemental clerk's record containing those findings filed with the clerk of this court within thirty days of the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party.

PER CURIAM